# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Chase Wayne Harbison<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   3:23-mj-218<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 20, 2023   in the county of   Multnomah   in the
_____ District of   Oregon   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances; |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Offense |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Kurt M. Czerwien which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Kurt M. Czerwien, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   5:36 pm   a.m./p.m.

Date:   12/20/2023

*Judge's signature*

City and state:   Portland, Oregon       Youlee Y. You, United States Magistrate Judge
*Printed name and title*